**DAETWYLER v. DAETWYLER**

[350 N.C. 375 (1999)]

PATSY PAYNE DAETWYLER v. DAVID ALAN DAETWYLER

No. 372A98

(Filed 7 May 1999)

Appeal by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 130 N.C. App. 246, 502 S.E.2d 662 (1998), affirming in part, reversing in part, and remanding an order entered by Reingold, J., on 24 February 1997 in District Court, Forsyth County. Heard in the Supreme Court 13 April 1999.

*David B. Hough for plaintiff-appellee.*

*Edward P. Hausle, P.A., by Edward P. Hausle, for defendant-appellant.*

PER CURIAM.

AFFIRMED.